**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7203**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RIGOBERTO ROBUSTIANO CARRANDI,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Frank W. Bullock, Jr., Chief District Judge; Paul Trevor Sharp, Magistrate Judge. (CR-90-185)

———————————

Submitted: November 5, 1998        Decided: November 23, 1998

———————————

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Rigoberto Robustiano Carrandi, Appellant Pro Se. Harry L. Hobgood, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rigoberto Carrandi appeals from the district court's order denying his post-judgment motion requesting a copy of his trial transcript at the government's expense. The district court denied the motion because Appellant did not show a particularized need for the transcript. See 28 U.S.C. § 753(f) (1994). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm the district court's order. United States v. Carrandi, CR-90-185 (M.D.N.C. July 23, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED